IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Joe Hand Promotions, Inc. | ) | |
|         Plaintiff, | ) | |
| | ) | 1:10cv1442 (JCC/TRJ) |
| v. | ) | |
| | ) | |
| Veltsistas, LLC, et al. | ) | |
|         Defendants. | ) | |

## ORDER

Upon consideration of the October 21, 2011, Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objection having been filed within ten days, and upon an independent review of the record, it is hereby

ORDERED that the Court adopts as its own the findings of fact and accepts the recommendation of the United States Magistrate Judge. The Clerk of Court shall enter default judgment in favor of the Joe Hand Promotions, Inc., and against the Defendants Veltsistas, LLC, et al., in the amount of $13,179.26.

                                                                    /s/
                                                James C. Cacheris
                                              United States District Judge

Alexandria, Virginia
November 17, 2011